IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES ROBERT MARTIN**                                                                             **PLAINTIFF**

v.                              No. 4:14–CV–745-SWW–BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

### ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After carefully reviewing Judge Deere's Recommendation, Mr. Martin's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Martin's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 26th day of January, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE